# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARCOS CASEY GUILLEN, III,

       Plaintiff,

    v.

M. PALMER,

       Defendant.

Case No. 1:19-cv-00958-LJO-EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF NOS. 1 & 7)

Marcos Casey Guillen, III ("Plaintiff"), is a state prisoner proceeding *pro se* with this civil rights action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 6, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's claims against Defendant Palmer for violation of Plaintiff's First Amendment right to free exercise of religion and for violation of the Religious Land Use and Institutionalized Persons Act of 2000," and that "[a]ll other claims be dismissed." (ECF No. 7, pgs. 8-9).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.  The findings and recommendations issued by the magistrate judge on November 6, 2019, are ADOPTED in full;

2.  This case proceed on Plaintiff's claims against Defendant Palmer for violation of Plaintiff's First Amendment right to free exercise of religion and for violation of the Religious Land Use and Institutionalized Persons Act of 2000;

3.  All other claims are DISMISSED;

4.  Defendant Palmer has twenty-one days from the date of service of this order to file a responsive pleading; and

5.  This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  __**January 4, 2020**__          _____**/s/ Lawrence J. O'Neill**_____
                                        UNITED STATES CHIEF DISTRICT JUDGE