# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br><br>Plaintiff,<br><br>v.<br><br>M. PALMER,<br><br>Defendant. | Case No. 1:19-cv-00958-NONE-EPG (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Marcos Casey Guillen, III ("Plaintiff"), is a state prisoner proceeding *pro se* with this civil rights action. The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference at the United States District Court, 2500 Tulare Street, Fresno, California, 93721, in Courtroom #6, on April 27, 2020, at 10:30 a.m. The transportation order, as well as the order setting the procedures for the settlement conference, will be issued in due course.

In accordance with the above, IT IS HEREBY ORDERED that a settlement conference has been set for April 27, 2020, at 10:30 a.m., in Courtroom #6, before Magistrate Judge Jeremy D. Peterson, at the United States District Court, 2500 Tulare Street, Fresno, California, 93721.

IT IS SO ORDERED.

Dated: **February 13, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1