# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br>                 Plaintiff,<br><br>v.<br><br>M. PALMER,<br>                 Defendant. | Case No. 1:19-cv-00958-NONE-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>DATE: April 27, 2020<br>TIME: 10:30 a.m. |

      Marcos Casey Guillen, III, inmate, CDC #K-04517, a necessary and material witness for the plaintiff in proceedings in this case on April 27, 2020, is confined at California Correctional Institution, 24900 Highway 202, Tehachapi, CA 93561, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jeremy D. Peterson **by telephone[1] from his present institution of confinement** on April 27, 2020, at 10:30 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above by telephone to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Correctional Institution**

      **WE COMMAND** you to produce the inmate named above by telephone to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

///
///
///
///

---

[1] The telephone number for the conference is 1-888-204-5984. The passcode is 4446176.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**March 27, 2020**__         /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

