UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br><br>        Plaintiff,<br><br>    v.<br><br>M. PALMER,<br><br>        Defendant. | Case No. 1:19-cv-00958-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ATTENDANCE OF WITNESSES AT SETTLEMENT CONFERENCE<br><br>(ECF NO. 22) |

Marcos Casey Guillen, III ("Plaintiff"), is a state prisoner proceeding *pro se* with this civil rights action.

On April 15, 2020, Plaintiff filed a proposed order and writ of habeas corpus ad testificandum directing the Warden of California Correctional Institution to produce several inmate witnesses, by telephone, at the upcoming settlement conference. (ECF No. 22). The Court construes Plaintiff's filing as a motion for the attendance of witnesses.

Plaintiff's motion will be denied. Witnesses do not testify at settlement conferences. It is not a trial or any sort of evidentiary hearing. Rather, a settlement conference is a confidential discussion with a Magistrate Judge in an attempt to reach an agreed-upon resolution of the case. Plaintiff may tell the judge what he expects witnesses would say at trial to assist in the mediation of the lawsuit.

\\\

Accordingly, IT IS ORDERED that Plaintiff's motion for the attendance of witnesses at the upcoming settlement conference is DENIED.

IT IS SO ORDERED.

Dated:   **April 20, 2020**                              /s/ _Erin P. Grosjean_
                                                         UNITED STATES MAGISTRATE JUDGE