UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br><br>      Plaintiff,<br><br>  v.<br><br>M. PALMER,<br><br>      Defendant. | Case No. 1:19-cv-00958-NONE-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MARCOS CASEY GUILLEN, III, CDCR #K-04517<br><br>(ECF NO. 20)<br><br>ORDER DIRECTING CLERK TO SEND COPY OF ORDER TO LITIGATION COORDINATOR |

      Marcos Casey Guillen, III ("Plaintiff"), is a state prisoner proceeding *pro se* with this civil rights action.  On March 30, 2020, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport Plaintiff (ECF No. 20), so that he could attend and participate in the settlement conference that was scheduled for April 27, 2020.

      On April 22, 2020, the settlement conference judge continued the settlement conference.  (ECF No. 24).

      Because the settlement conference has been continued, IT IS ORDERED that:

1. The Order & Writ of Habeas Corpus Ad Testificandum to Transport Marcos Casey Guillen, III, CDCR #K-04517, is VACATED.
2. If there is any change in custody of this inmate, the custodian shall provide the new custodian with a copy of this order.

///

///

3. The Clerk of Court is directed to send a copy of this order to the litigation coordinator at Plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:   **April 22, 2020**                           /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE