UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br><br>    Plaintiff,<br><br>    v.<br><br>M. PALMER,<br><br>    Defendant. | Case No. 1:19-cv-00958-NONE-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE ORDER SETTING AN INITIAL SCHEDULING CONFERENCE (ECF NO. 11) |

    Marcos Casey Guillen, III ("Plaintiff"), is a state prisoner proceeding *pro se* with this civil rights action. On April 29, 2020, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Andrea Sloan and Lawrence Bragg telephonically appeared on behalf of Defendant.

    As stated on the record at the Conference, IT IS ORDERED that:

1. Plaintiff has thirty days from the date of service of this order to serve Defendant's counsel with his initial disclosures. As discussed in the Court's prior order (ECF No. 11), and further explained during the hearing, Plaintiff shall provide Defendant with "[t]he name and, if known, the address and telephone number of each individual likely to have discoverable information−along with the subjects of that information−that [Plaintiff] may use

to support [his] claims or defenses, unless the use would be solely for impeachment." (Id. at 3). Plaintiff shall also provide Defendant with a "copy−or a description by category and location−of all documents, electronically stored information, and tangible things that [Plaintiff] has in [his] possession, custody, or control and may use to support [his] claims or defenses, unless the use would be solely for impeachment." (Id.)

2. The Clerk of Court is directed to send Plaintiff a copy of the Order Setting an Initial Scheduling Conference and Requiring Initial Disclosures and Scheduling Conference Statements (ECF No. 11).

IT IS SO ORDERED.

Dated: **April 30, 2020**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE