UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br><br>         Plaintiff,<br><br>    v.<br><br>M. PALMER,<br><br>         Defendant. | Case No. 1:19-cv-00958-NONE-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE THE CASE<br><br>(ECF No. 39) |

On September 9, 2020, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 39). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

However, the Court retains jurisdiction to confirm that all of the terms of the settlement agreement can be met, and Plaintiff retains the right to withdraw from the settlement agreement and reopen this case if the terms cannot be met.

IT IS SO ORDERED.

   Dated:   **September 10, 2020**                    /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

1